# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                      Chapter 13

JOHN R. HALL, JR.                       Bankruptcy No. 23-11331-PMM

1726 NORTH UBER STREET

PHILADELPHIA, PA 19121

               Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
      JOHN R. HALL, JR.

      1726 NORTH UBER STREET

      PHILADELPHIA, PA 19121

**Counsel for debtor(s), by electronic notice only.**
      MICHAEL D. SAYLES ESQ
      427 West Cheltenham Avenue
      Suite #2.
      ELKINS PARK,, PA 19027-3291

**Counsel for the United States Trustee, by electronic notice only.**
      Office of the U.S. Trustee
      Eastern District of Pennsylvania
      833 Chestnut Street, Suite 500
      Philadelphia, PA  19107

Date: 8/31/2023                                                                       /s/ Kenneth E. West

                                                                                 _____
                                                                                  Kenneth E. West, Esquire
                                                                                  Chapter 13 Standing Trustee