United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John R. Hall, Jr.  
    Debtor

Case No. 23-11331-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Sep 12, 2023      Form ID: pdf900      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John R. Hall, Jr., 1726 North Uber Street, Philadelphia, PA 19121-3128 |
| 14790500 | + | Ameri-Credit Financial Services, Inc., dba GM Financial, c/o William E. Craig, Esq., 110 Marter Ave., Suite 301 Moorestown, NJ 08057-3124 |
| 14779830 | + | Collections Unit, 14th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14779834 | + | Morton & Craig, Attn: William E. Craig, Esquire, 110 Marter Avenue, Suite 301, Moorestown, NJ 08057-3125 |
| 14779840 | + | PHFA Loan Servicing Division, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 14779837 | | Peco, P.O. Box 13439, Philadelphia, PA 19162-0439 |
| 14791478 | + | Pennsylvania Housing Finance Agency, c/o Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14780271 | | U.S. Department of Housing and Urban Development, 11th Floor 100 Penn Square East, Philadelphia, PA 19107 |
| 14779842 | + | US Bank National Association, c/o PHFA Loan Servicing Division, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 12 2023 23:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14790352 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 12 2023 23:58:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P.O. Box 183853, Arlington, TX 76096 |
| 14779827 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 12 2023 23:58:00 | Americredit Financial Services, Inc., PO Box 183853, Arlington, TX 76096 |
| 14786668 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 12 2023 23:58:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14779828 | | Email/Text: megan.harper@phila.gov | Sep 12 2023 23:58:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14779829 | | Email/Text: megan.harper@phila.gov | Sep 12 2023 23:58:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14779845 | | Email/Text: megan.harper@phila.gov | Sep 12 2023 23:58:00 | Water Revenue Bureau, c/o City of Philadelphia Law Depart, Tax & Revenue Unit, Bankruptcy Group, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14779832 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 12 2023 23:58:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 14798931 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2023 23:58:00 | Jefferson Capital Systems, LLC, Po Box 7999, St. Cloud, MN 56302-9617 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14779833 | | ^ MEBN | Sep 12 2023 23:47:01 | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14784464 | | Email/PDF: resurgentbknotifications@resurgent.com Sep 13 2023 00:09:09 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14797568 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 12 2023 23:58:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14790966 | | ^ MEBN | Sep 12 2023 23:47:01 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14779839 | + | Email/Text: blegal@phfa.org | Sep 12 2023 23:58:00 | PHFA, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14793497 | + | Email/Text: blegal@phfa.org | Sep 12 2023 23:58:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14779838 | + | Email/Text: bankruptcygroup@peco-energy.com | Sep 12 2023 23:58:00 | Peco, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 |
| 14780274 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 12 2023 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 14798881 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2023 23:58:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14779841 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Sep 13 2023 00:30:59 | Regional Acceptance Corp., PO Box 1847, Wilson, NC 27894-1847 |
| 14779843 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 13 2023 00:31:02 | US Department of Housing & Urban Develop, The Wanamaker Building, 11th Floor, 100 Penn Square East, Philadelphia, PA 19107-3380 |
| 14779844 | | Email/Text: megan.harper@phila.gov | Sep 12 2023 23:58:00 | Water Revenue Bureau, Philadelphia Department of Revenue, 1401 JFK Boulevard, Philadelphia, PA 19102-1663 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14779835 | | Olive E. Neal |
| 14779836 | | Olivia Neal |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P.O. Box 183853, Arlington, TX 76096-3853 |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14779831 | ## | Consumer Portfolio Services, Inc., PO Box 98768, Phoenix, AZ 85038-0768 |

TOTAL: 2 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 12, 2023 | Form ID: pdf900 | Total Noticed: 30

Date: Sep 14, 2023        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. Bank National Association (Trustee for the Pennsylvania Housing Finance Agency) bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL D. SAYLES | on behalf of Debtor John R. Hall Jr. midusa1@comcast.net, michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM EDWARD CRAIG | on behalf of Creditor AmeriCredit Financial Services Inc. dba GM Financial ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| JOHN R. HALL, JR., | : | |
| Debtor | : | Bky. No. 23-11331 PMM |

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

**Date: September 12, 2023**

_Patricia M. Mayer_
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**