UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **John Hall, Jr.**            :        CHAPTER:  13
                                      :
                                      :
DEBTOR                                :        Bankruptcy No.: **23-11331-pmm**

PRAECIPE OF DEBTOR TO WITHDRAW
MOTION TO RECONSIDER ORDER TO DISMISS

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTOR'S MOTION TO RECONSIDER ORDER TO DISMISS CHAPTER 13 BANKRUPTCY CASE**, for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles
Attorney for Debtor

Dated: October 24, 2023