**Date Range:** All time

Add Time Entry

**Billable** vs total

**$0.00**
15.1 hour(s)

**Invoiced** vs total

**$0.00**
0 hour(s)

Total amount and hours recorded

**$0.00**
15.1 hour(s)

Text Size

| DATE | ACTIVITY | DURATION | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Oct 25, 2023 | reviewed, prepared & ECF filing | 0.1 | praecipe to w\d motion to reconsider | $0.00/hr | $0.00 | Open | Michael Sayles |
| Oct 25, 2023 | Email from Trustee's ofc | 0.1 | 341 minutes | $0.00/hr | $0.00 | Open | Michael Sayles |
| Oct 23, 2023 | email from client | 0.1 | pre-qualified for PHFA grant | $0.00/hr | $0.00 | Open | Michael Sayles |
| Oct 9, 2023 | reviewed, prepared & ECF filing | 0.2 | CNR: atty fees | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 18, 2023 | reviewed, prepared & ECF filing | 0.5 | Motion to reconsider order to Dismiss | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 16, 2023 | email from client | 0.1 | request file motion to reconsider & will have payment sufficient to bring trustee payments current. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 15, 2023 | em to client | 0.1 | em to cl: BK dismissed plan payments | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 13, 2023 | email from BK clerk's ofc | 0.1 | Notice: undeliverable mail: CO: BKDM | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 13, 2023 | download & review ECF | 0.1 | CO: BK dismissed & juris retained | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 12, 2023 | reviewed, prepared & ECF filing | 0.5 | application for attorney Compensation | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 11, 2023 | email to opposing counsel. | 0.1 | Trustee pressed motion to dismiss | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 11, 2023 | reviewed, prepared & ECF filing | 0.2 | Proposed Order: retain Juris: atty fees | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 11, 2023 | Telephone consult | 0.2 | p\c\t\cl: additional payment lm | $0.00/hr | $0.00 | Open | Michael Sayles |
| Sep 8, 2023 | email from atty | 0.1 | status of CF & request for continuance | $0.00/hr | $0.00 | Open | Michael Sayles |
| Aug 31, 2023 | download & review ECF | 0.2 | OBPCF: TO: various | $0.00/hr | $0.00 | Open | Michael Sayles |
| Aug 29, 2023 | email from client | 0.1 | 341 required doc: DAS | $0.00/hr | $0.00 | Open | Michael Sayles |

| DATE | TASK | HOURS | DESCRIPTION | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Aug 10, 2023 | ● download & review ECF | 0.2 | TMD: plan payments & Unreasonable delay | $0.00/hr | $0.00 | Open | Michael Sayles |
| Aug 7, 2023 | ● attend telephonic hearing. | 0.3 | FMC | $0.00/hr | $0.00 | Open | Michael Sayles |
| Aug 4, 2023 | ● documentation review | 0.3 | review with cl: BK petition & schs prior to FMC | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 31, 2023 | ● em to client | 0.1 | Notice: TMD: plan payment arrears | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 31, 2023 | ● Email from Trustee's ofc | 0.1 | request: upload SS benefits stmt | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 31, 2023 | ● ECF filing | 0.2 | reviewed, prepared & filed amended schs A & C | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 31, 2023 | ● uploaded to Trustee's ofc. | 0.1 | additional FMC docs | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 19, 2023 | ● download & review ECF | 0.3 | OBPCF: USBNA | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 17, 2023 | ● download & review ECF | 0.1 | POC: Jefferson Capital | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 17, 2023 | ● download & review ECF | 0.1 | POC: Premier Card | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 6, 2023 | ● email to trustee's ofc | 0.1 | request continuance FMC | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 5, 2023 | ● uploaded to Trustee's ofc. | 0.2 | 341 required docs | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jul 4, 2023 | ● interview follow-up | 0.4 | review & sign FMC required docs | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 28, 2023 | ● download & review ECF | 0.2 | POC: USBNA | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 27, 2023 | ● email to trustee's ofc | 0.1 | Notice: undeliverable mail: Notice of BK Case | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 16, 2023 | ● download & review ECF | 0.1 | ECF: EOA & RFN: KML Group for PHFA | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 15, 2023 | ● download & review ECF | 0.2 | OBPCF: Americredit | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 14, 2023 | ● download & review ECF | 0.1 | NOA & RFN: Morton & Craig for Americredit | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 9, 2023 | ● download & review ECF | 0.2 | Notice: 341 via teleconference call number & email to client | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 6, 2023 | ● email from BK clerk's ofc | 0.1 | BK notice: undeliverable mail: Notice of BK Case | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 5, 2023 | ● download & review ECF | 0.1 | POC: amercredit | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 5, 2023 | ● download & review ECF | 0.1 | POC: LVNV | $0.00/hr | $0.00 | Open | Michael Sayles |
| Jun 2, 2023 | ● download & review ECF | 0.1 | resurgent: reclassify claim & w\d claim #3 | $0.00/hr | $0.00 | Open | Michael Sayles |

| DATE | ACTIVITY | DURATION/HOUR | NOTE | RATE | TOTAL | STATUS | USER |
|---|---|---|---|---|---|---|---|
| Jun 2, 2023 | ● Email from Trustee's ofc | 0.1 | review of POC: claim# 3: barred by SOL | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 29, 2023 | ● em to client | 0.2 | commence monthly plan payments to Trustee with address & info required | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 25, 2023 | ● download & review ECF | 0.2 | filing ECF receipt & downloaded schs to file | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 24, 2023 | ● ECF filing | 0.2 | filed BK schedules | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 24, 2023 | ● documentation review | 0.5 | downloaded Deed, researched FMV: house & motor vehicle | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 23, 2023 | ● consultation follow-up | 0.6 | reviewed prefile with cl: proposed BK schedules before filing & sign schs | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 22, 2023 | ● Document Preparation | 1.5 | reviewed, prepared BK schedules for filing | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 15, 2023 | ● em to client | 0.2 | commence direct mortgage payments to lender | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 10, 2023 | ● download & review ECF | 0.2 | POC: PAREV | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 10, 2023 | ● em to client | 0.1 | Notice of BK filing | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 10, 2023 | ● download & review ECF | 0.2 | Order: deadline to file schedules & entered info on calendar | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 10, 2023 | ● documentation review | 0.2 | downloaded & reviewed POC: HUD | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 10, 2023 | ● service of documents | 0.6 | Served list of Creditor with Notice of Bankruptcy filing | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 8, 2023 | ● filed ERBK | 0.4 | filed BK petition by ECF & downloaded receipt & input info into file | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 4, 2023 | ● consultation follow-up | 0.5 | reviewed proposed BK filing with Debtor to review information is accurate & signed Petition. | $0.00/hr | $0.00 | Open | Michael Sayles |
| May 1, 2023 | ● Document Preparation | 0.5 | reviewed paperwork, prepare ER-bankruptcy petition for filing. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 27, 2023 | ● consultation follow-up | 1.0 | Client provided documents requested review document with client, advise of credit counseling requirement & provided additional information. | $0.00/hr | $0.00 | Open | Michael Sayles |
| Apr 17, 2023 | ● Initial Consultation | 1.3 | reviewed Bankruptcy consult: reviewed procedure & document required, etc. | $0.00/hr | $0.00 | Open | Michael Sayles |